```
George C. Paine, II
US Bankruptcy Judge
Dated: 03/09/10
```



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Fairvue Club Properties, LLC | ) | CASE NO. 3:09-bk-13807 |
| | ) | **Chapter 11** |
| DEBTOR. | ) | |

## AGREED ORDER OF STAY RELIEF AND ABANDONMENT

It appears to the Court from the signatures of the attorney for Deere Credit, Inc. ("Deere"), and the attorney for the Debtor-in-Possession, that in lieu of the filing of and a hearing on a motion for stay relief by Deere in this cause and abandonment, the parties agree, and it is hereby ORDERED that the stay of 11 U.S.C. §362 is vacated with respect to the following collateral (the "Collateral"):

One 2003 Used John Deere 1445 Mower – Serial Number TC1445D031223

One 2006 John Deere 1445 Mower – Serial Number TC1445D061235

It is further ORDERED that the Collateral is deemed abandoned by the Debtor-in-Possession pursuant to 11 U.S.C. §554.

*THIS ORDER HAS BEEN SIGNED AND ENTERED ELECTRONICALLY AS INDICATED ON THE FIRST PAGE.*

APPROVED FOR ENTRY:

Bradley, Arant, Boult, Cummings, LLP

By: /s/ William L. Norton, III
William L. Norton, III
Attorney for Debtor
P.O. Box 340025
Nashville, TN 37203
(615) 252-2397
*bnorton@babc.com*

Tisher & Wolaver, PLLC

By: /s/ T. Jake Wolaver
T. Jake Wolaver, BPR #021090
Attorneys for Deere
P.O. Box 1431
Columbia, TN 38402-1431
(931) 388-8868
*jwolaver@tgwlawfirm.com*

## CERTIFICATE OF SERVICE

I, T. Jake Wolaver, hereby certify that I have this 4th day of March, 2010, forwarded a true and exact copy of the foregoing instrument to the U.S. Trustee and all other interested parties by electronic means through the Court's electronic filing system, or by placing the same in the U.S. mail, postage prepaid.

*/s/ T. Jake Wolaver*
T. Jake Wolaver

P:\TR\BK\DEERE\FairvueClubProperties (TLP Devco).AOOSRAA

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.