IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FAIRVUE CLUB PROPERTIES, LLC | ) | Case No. 309-13807 |
| FOXLAND CLUB PROPERTIES, LLC | ) | Case No. 310-03566 |
| FOXLAND HARBOR MARINA, LLC | ) | Case No. 309-14911 |
| | ) | |
| | ) | **Chapter 11** |
| **Debtors** | ) | **Judge Paine** |

## DEBTORS' RESPONSE TO EXPEDITED MOTIONS FOR RELIEF FROM STAY

The Debtors' in response to the expedited motions for relief from stay filed by American Security Bank & Trust, First State Bank and Wilson Bank & Trust (collectively the "Banks") do hereby respond by stating that the Debtors do not oppose relief from the stay and in fact support the requested expedited relief if the Banks believe that such relief is necessary in order for them to financially support those properties. Following the Court's denial of the confirmation of the Debtors' Joint Plan of Reorganization, the Debtors are without a reasonable prospect of reorganization, and accordingly, the Debtors do not have the cash flow to support the operations of the Fairvue Golf Club and Foxland Golf Club.

Date: November 11, 2010.

Respectfully Submitted,

*/s/ William L. Norton III*
William L. Norton III
BRADLEY ARANT BOULT
CUMMINGS LLP
1600 Division St., Suite 700
Nashville, TN  37203
Phone: 615-252-2397
Fax: 615-252-6397
bnorton@babc.com

Attorneys for Debtor