# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FAIRVUE CLUB PROPERTIES, LLC, | ) | CASE NO. 3:09-13807 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |
| | ) | JUDGE PAINE |

## ORDER GRANTING AMENDED EXPEDITED MOTION
## OF FIRST STATE BANK FOR RELIEF FROM STAY

First State Bank having filed its *Amended Expedited Motion of First State Bank for Relief From Stay* (DE 170) (the "Motion"), and having properly served the Motion in accordance with Bankruptcy Rule 4001, and the Debtor, Foxland Club Properties, LLC, and Foxland Harbor Marina, LLC having filed a response stating no opposition to the Motion (DE 172), and this Court having determined that First State Bank is entitled to the relief sought in the Motion;

It is therefore **ORDERED** that:

1. First State Bank is hereby granted relief from the automatic stay with respect to the Debtor's personal and real property as more fully described in First State Bank's proof of claim (Claim No. 22-1) filed in this case.

2. Pursuant to Bankruptcy Rule 4001(a)(3), this Order is not stayed and is effective upon entry.

*This order was signed and entered electronically as indicated at the top of this page.*

15936N:090260:873052:1:NASHVILLE
11/18/10

**SUBMITTED FOR ENTRY:**

/s/Robert C. Goodrich Jr.
Robert C. Goodrich Jr. (BPR No. 10454)
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee 37219
(615) 782-2231     Fax: (615) 742-4126
robert.goodrich@stites.com

*Attorneys for First State Bank*